**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

NADIA ENGEL,

                  Petitioner

          v.

ELLWOOD CITY AREA SCHOOL
DISTRICT,

                  Respondent

: No. 52 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is

**DENIED**.